UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARQUIS CRACRAFT** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| **IVY TECH COMMUNITY COLLEGE** | ) |
| **OF INDIANA, OFFICER WHEATLEY,** | ) |
| **INDIANAPOLIS METROPOLITAN POLICE** | ) |
| **DEPARTMENT, & OFFICER SHAEFFER** | ) |
| | ) |
| | ) |
| Defendants. | ) |

## I.     COMPLAINT AND DEMAND FOR JURY TRIAL

1. The Plaintiff, Marquis Cracraft ("Cracraft"), through counsel, brings this action against the Defendants, Ivy Tech Community College of Indiana ("Ivy Tech"); Officer Wheatley, in his individual and official capacities ("Officer Wheatley"); the Indianapolis Metropolitan Police Department ("IMPD"); and IMPD Officer Shaeffer, in his individual and official capacities ("Officer Shaeffer"), pursuant to 42 U.S.C. § 1983, alleging that the Defendants violated Cracraft's rights as protected by the Fourth and Fourteenth Amendments of the United States Constitution and the Defendants violated Indiana State law.

## II.     PARTIES

2. Cracraft is a United States Citizen and Citizen of Indianapolis, Indiana.

3. Defendant, Ivy Tech, is a corporation which at all relevant times maintained offices and conducted business within the geographical boundaries of the Southern District of Indiana.

1

4. Officer Shaeffer is believed to be employed with Ivy Tech and acted under the control of Ivy Tech within the Southern District of Indiana at all times relevant to this action.

5. Defendant IMPD is a governmental entity located within the Southern District of Indiana.

6. Officer Wheatley is believed to be employed with IMPD and acted under the control of IMPD within the Southern District of Indiana at all times relevant to this action.

7. Cracraft timely filed a tort claim notice pursuant to Indiana law and his State law claims arise from the same common nucleus of operative facts as his federal law claims and all of his claims form a single case and controversy under Article III of the United States Constitution.

### III.   JURISDICTION AND VENUE

8. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 42 U.S.C. § 1983.

9. Defendants, acting under color of State Law, intentionally and with reckless disregard, violated Cracraft's rights as protected by the Fourth and Fourteenth Amendments of the United States Constitution.

10. Defendants are "person(s)" within the meaning of 42 U.S.C. § 1983.

11. All facts, events, and transactions giving rise to this lawsuit occurred within the geographic environs of the Southern District of Indiana, thus, venue is proper in this Court.

### IV.   FACTUAL ALLEGATIONS

12. Cracraft, who is African-American, is a student at Ivy Tech.

13. On or about July 28, 2022, Cracraft took an Uber, a ride service, to Ivy Tech's downtown Indianapolis library to study.

14. Upon leaving the library, he was stopped by Officer Wheatley, who is Caucasian, due to the fact Cracraft was carrying a laptop.

15. Officer Wheatley assumed Cracraft had stolen said laptop.

16. Officer Wheatley approached Cracraft and improperly detained / imprisoned Cracraft.

17. Upon detaining / imprisoning Cracraft, Officer Wheatley called Officer Schaeffer, who is Caucasian, for assistance.

18. During the interaction, it was determined that Cracraft was simply carrying his own laptop.

19. Plaintiff was damaged as result of the Defendants actions.

### V.    CAUSE OF ACTION

#### COUNT I: VIOLATIONS OF THE FOURTH AND FOURTEENTH AMENDMENTS

20. Cracraft hereby incorporates paragraphs one (1) through nineteen (19) of his Complaint.

21. Defendants violated Cracraft's rights as protected by the Fourth and Fourteenth Amendments of the United States Constitution by racially profiling him due to his race

22. Defendants violated Cracraft's rights as protected by the Fourth and Fourteenth Amendments of the United States Constitution by unlawfully searching and detaining Cracraft

23. Upon information and belief, Defendants implemented or executed a policy statement, ordinance, regulation, decision, or custom which resulted in the violation of Cracraft's Constitutional Rights.

24. Defendants' actions were reckless, unreasonable, intentional, malicious, and in bad faith, with deliberate indifference to Cracraft's Constitutional Rights.

25. Cracraft was damaged by the actions of Defendants.

### COUNT II: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

26. Cracraft hereby incorporates paragraphs one (1) through twenty-five (25) of his Complaint.

27. Defendants engaged in extreme and outrageous conduct by racially profiling Cracraft..

28. Defendants acted intentionally and/or recklessly.

29. Defendants' conduct caused Cracraft to suffer from severe emotional distress.

### COUNT III: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

30. Cracraft hereby incorporates paragraphs one (1) through thirty (30) of his Complaint.

31. Defendants negligently acted when they racially profiled Cracraft.

32. Cracraft has suffered severe emotional distress as a result of Defendants' actions.

### COUNT IV: NEGLIGENT TRAINING & SUPERVISION BY IVY TECH

33. Cracraft hereby incorporates paragraphs one (1) through thirty-two (32) of his Complaint.

34. Ivy Tech had a duty to properly train, equip, and supervise all of its employees and agents, including Officer Wheatley.

35. IMPD had a duty to properly train, equip, and supervise all of its employees and agents, including Officer Shaeffer.

36. Both Ivy Tech and IMPD breached this duty by failing to put systems in place to properly train, equip, and supervise all of its employees and agents, including Officer Wheatley and Officer Shaeffer.

37. Cracraft's rights were violated which was caused solely by, and was the direct result of the failures of Ivy Tech and IMPD to train, equip, and supervise its employees and agents, including Officer Wheatley and Officer Shaeffer.

38. Cracraft was damaged as a result of Defendants' conduct.

### COUNT V: RESPONDEAT SUPERIOR

39. Cracraft hereby incorporates paragraphs one (1) through thirty-eight (38) of his Complaint.

40. Both Ivy Tech and IMPD are liable for acts of its employees and agents, including Farmer, which were committed within the course and scope of the employee's and agents' employment.

41. Both Ivy Tech, as the employer of Officer Wheatley, and IMPD, as the employer of Officer Shaeffer, are vicariously liable for the tortious and/or criminal acts committed by Officer Wheatley and Officer Shaeffer within the course and scope of their employment with Ivy Tech and IMPD.

42. Cracraft was damaged as a result of Defendants' conduct.

### COUNT VI: FALSE IMPRISONMENT

43. Plaintiff hereby incorporates paragraphs one (1) through forty-two (42) of his Complaint.

44. Defendants knowingly and/or intentionally confined Cracraft without his consent and further caused him to feel imminent threat of harm and apprehension.

45. Defendants' actions amount to an unlawful restraint upon Cracraft's freedom of locomotion and/or the deprivation of liberty of Cracraft without his consent.

46. Cracraft was damaged as a result of Defendants' conduct.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Marquis Cracraft, by counsel, respectfully requests that this Court find for Plaintiff and order that the Defendants:

1. Pay to Plaintiff compensatory, exemplary and punitive damages;

2. Award actual damages to Plaintiff to adequately compensate him for his injuries;

3. To declare the conduct of racially profiling by Defendants unlawful and enjoin them from engaging in similar conduct;

4. Pay to Plaintiff consequential damages;

5. Pay to Plaintiff pre- and post-judgment interest;

6. Pay Plaintiff's costs and attorney fees incurred in litigating this action; and

7. Pay to Plaintiff any and all other legal and/or equitable damages this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: */s/ Taylor Ferguson*
Taylor Ferguson
Kyle F. Biesecker
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:   (317) 991-4765
Facsimile:   (812) 424-1005

Email: tferguson@bdlegal.com
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Marquis Cracraft, by counsel requests a trial by jury on all issues deemed so triable.

Respectfully Submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: */s/ Taylor Ferguson*
Taylor Ferguson
Kyle F. Biesecker
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:    (317) 991-4765
Facsimile:    (812) 424-1005
Email: tferguson@bdlegal.com
*Attorneys for Plaintiff*