UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARQUIS CRACRAFT, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:22-cv-02398-JPH-KMB |
| IVY TECH COMMUNITY COLLEGE OF INDIANA, WHEATLEY Officer, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, SHAEFFER Officer, | ) |
| Defendants. | ) |

**ORDER DENYING MOTIONS TO DISMISS AS MOOT**

Marquis Cracraft, a student at Ivy Tech, alleges that he was unlawfully detained for carrying a laptop that the Defendants assumed he had stolen. In two separate motions, the Defendants moved to dismiss Mr. Cracraft's complaint under Rule 12(b)(6). Dkt. 19; dkt. 21. On March 1, 2023, Mr. Cracraft filed an amended complaint as of right. Dkt. 26; *see* Fed. R. Civ. P. 15(a)(1). Therefore, the motions to dismiss are **DENIED without prejudice as moot**. Dkt. [19]; dkt. [21].

**SO ORDERED.**

Date: 3/2/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel