IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARQUIS CRACRAFT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-02398-JPH-KMB |
| IVY TECH COMMUNITY COLLEGE OF INDIANA, OFFICER WEEKLEY INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, and OFFICER SHAFFER, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING IMPD DEFENDANTS' MOTION TO WITHDRAW DOCKET NO. 32 - "IMPD DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM"

This matter is before the Court on the Defendants' Motion to Withdraw IMPD Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim [Dkt. 32]. The Court, being duly advised, herby **GRANTS** the Motion. [Dkt. No. 33.]

IT IS THEREFORE ORDERED that Dkt. No. 32 is hereby withdrawn from the record.

Date: 3/16/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution: all counsel of record through ECF.