IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARQUIS CRACRAFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-02398-MPB-KMB |
| ) | |
| IVY TECH COMMUNITY COLLEGE OF ) | |
| INDIANA, OFFICER WEEKLEY, ) | |
| INDIANAPOLIS METROPOLITAN POLICE ) | |
| DEPARTMENT & OFFICER SHAFFER ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL OF IVY TECH

Defendant Ivy Tech Community College of Indiana ("Ivy Tech") filed a Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 30) and Brief in Support of its Motion to Dismiss (Dkt. 31), asserting Ivy Tech is entitled to the protections of the Eleventh Amendment and seeking dismissal without prejudice pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. Plaintiff Marquis Cracraft ("Plaintiff") does not oppose Ivy Tech's Motion to Dismiss and, therefore, Plaintiff and Ivy Tech, by their respective counsel, pursuant to Fed. R. Civ. 41(a), hereby stipulate and agree to the dismissal, without prejudice, of all claims against Ivy Tech in this matter in their entirety.  Each party shall bear their own costs.

Respectfully submitted,

| BIESECKER DUTKANYCH & MACER LLC | ICE MILLER LLP |
|---|---|
| */s/ Taylor Ferguson (with permission)* | */s/ Sean T. Dewey* |
| Kyle F. Biesecker (#24095-49) | Audrey K. Howard (#30653-53) |
| Taylor J. Ferguson (#35524-22) | Sean T. Dewey (#33769-49) |
| 144 N. Delaware Street | One American Square, Suite 2900 |
| Indianapolis, IN 46204 | Indianapolis, IN 46282 |
| tferguson@bdlegal.com | Audrey.Howard@icemiller.com |
| kfb@bdlegal.com | Sean.Dewey@icemiller.com |
| *Counsel for Plaintiff Marquis Cracraft* | *Counsel for Defendant Ivy Tech Community College of Indiana* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sean T. Dewey*
Sean T. Dewey