IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARQUIS CRACRAFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-02398-MPB-KMB |
| ) | |
| OFFICER WEEKLEY, ) | |
| INDIANAPOLIS METROPOLITAN POLICE ) | |
| DEPARTMENT & OFFICER SHAFFER ) | |
| ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Marquis Cracraft, Defendants Officer David Weekley, Indianapolis Metropolitan Police Department & Officer Corey Shaffer, and Non-Party Ivy Tech Community College of Indiana, by their respective counsel, hereby move the Court to enter the attached Stipulated Protective Order ("Order").  The requested Order is necessary to protect the categories of protected information identified within the Order the pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and will facilitate the production of documents and the exchange and appropriate protection of such information. The proposed Order is further based primarily on the Southern District's model form protective order, with specific revisions applicable to this case.

WHEREFORE, Plaintiff Marquis Cracraft, Defendants Officer David Weekley, Indianapolis Metropolitan Police Department and Officer Corey Shaffer, and Non-Party Ivy Tech Community College of Indiana move the Court to enter the attached Stipulated Protective Order, and for all other necessary and proper relief.

Dated: May 12, 2023

Respectfully submitted,

| | |
|---|---|
| BIESECKER DUTKANYCH & MACER LLC | ICE MILLER LLP |
| */s/ Taylor Ferguson (with permission)* <br> Kyle F. Biesecker (#24095-49) <br> Taylor J. Ferguson (#35524-22) <br> 144 N. Delaware Street <br> Indianapolis, IN 46204 <br> tferguson@bdlegal.com <br> kfb@bdlegal.com | */s/ Sean T. Dewey* <br> Audrey K. Howard (#30653-53) <br> Sean T. Dewey (#33769-49) <br> One American Square, Suite 2900 <br> Indianapolis, IN 46282 <br> Audrey.Howard@icemiller.com <br> Sean.Dewey@icemiller.com |
| *Counsel for Plaintiff Marquis Cracraft* | *Counsel for Defendant Officer David Weekley & Non-Party Ivy Tech Community College of Indiana* |

OFFICE OF CORPORATION COUNSEL

*/s/ John P. Lowrey (with permission)*
John P. Lowrey (#29349-53)
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
John.Lowrey@indy.gov

*Counsel for Defendants Indianapolis Metropolitan Police Department and Officer Corey Shaffer*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 12, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Sean T. Dewey*
                                              Sean T. Dewey