IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARQUIS CRACRAFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-02398-MPB-KMB |
| ) | |
| IVY TECH COMMUNITY COLLEGE OF ) | |
| INDIANA, OFFICER WEEKLEY, ) | |
| INDIANAPOLIS METROPOLITAN POLICE ) | |
| DEPARTMENT & OFFICER SHAFFER ) | |
| OFFICER SHAFFER ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT IVY TECH**

This matter having come before the Court upon the Stipulation of Dismissal filed by Plaintiff Marquis Cracraft and Defendant **Ivy Tech Community College of Indiana, ONLY** ("Ivy Tech"), (Dkt. No. 57), and the Court being duly advised in all things finds the same should be granted and hereby **ORDERS** that this action be dismissed without prejudice as to Defendant Ivy Tech only, all dates and deadlines between these parties previously established are **VACATED** and the pending Motion to Dismiss (Dkt. No. 30) is **denied as moot.** Each party to bear its own costs and attorneys' fees.

**SO ORDERED.**

Date: May 10, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.