UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARQUIS CRACRAFT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-02398-MPB-KMB ) |
| DAVID WEEKLEY, et al., | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters final judgment. The plaintiff's claims are **dismissed with prejudice**.

Dated: September 12, 2023

*Matthew P. Brookman*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.